| | |
|---|---|
| **JEFFREY S. DUBIN, P.C.** | TELEPHONE |
| **464 NEW YORK AVENUE** | (631) 351-0300 |
| **SUITE 100** | TELECOPIER |
| **HUNTINGTON, NEW YORK 11743** | (631) 351-1900 |
| | INTERNET |
| Jeffrey S. Dubin | DubinJS@cs.com |
| _____ | |
| Amy E. Strang | |

December 3, 2014

VIA ECF
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   Sheet Metal Workers' National Pension Fund v. Maximum Metal Manufacturers, Inc.,
      Steven Smith, as an individual, and Elvis Maynard, as an individual.
      Civil Action No.: 13 CV 7741 (PAE) (SN)

Dear Judge Engelmayer:

I am one of the attorneys for the plaintiffs, ERISA Trustees, in the above captioned case. On October 31, 2014, defense counsel submitted a motion to withdraw as counsel. On November 4, 2014, the Court issued an Order granting counsel's motion as to the individual defendants, and requiring the individuals to submit a letter to the Court by November 11, 2014, advising the Court if they are seeking new counsel or proceeding *pro se*. Defendants, Smith and Maynard, have not submitted such a letter.

The Order also granted the corporate defendant, Maximum Metal Manufacturers, Inc., until December 1, 2014, to obtain new counsel. New counsel has not appeared for the corporate defendant.

Plaintiffs respectfully request that the Court enter a default as to the corporate defendant, Maximum Metal Manufacturers, Inc., and request permission to treat the individual defendants, Steven Smith and Elvis Maynard, as *pro se* defendants. Plaintiffs also request that the Court set an expedited schedule for the *pro se* defendants to respond to plaintiffs' motion for summary judgment.

Very truly yours,

/s/ Amy E. Strang

cc: Joseph Labuda by ECF
    Elvis Maynard by mail
    Steven Smith by mail
    Maximum Metal Manufacturers, Inc. by mail